

## LAW OFFICES OF
# John T. Orcutt

**MAILING ADDRESS:**
6616 Six Forks Road
Suite 203
Raleigh, NC  27615

**TELEPHONE:**
(919) 847-9750
(919) 847-3439 (fax)

**OFFICES:**
Raleigh
Durham
Fayetteville
Wilson
Garner
Greensboro

Date: October 2, 2020

United States Bankruptcy Court
Middle District of North Carolina
Post Office Box 26100
Greensboro, NC  27402-6100

**Notice of Address Change**

Re:   Debtor(s):   Kelvin Antoine Quick

   Case No.:   20-50664   Chapter   7

Dear Clerk of Court:

Please be advised that the mailing address for the above-referenced Debtor has changed to the following:

Kelvin Antoine Quick
6809 Fisher's Farm Lane, Apt. G2
Charlotte, NC 28277

Please process this information accordingly.

Sincerely,

s/Erica Capron NeSmith
Erica Capron NeSmith
Attorney for Debtor
NCSB No. 55283

cc:   James C. Lanik, Chapter 7 Trustee